# Court of Appeals
# of the State of Georgia

ATLANTA,  May 06, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1530. JUAN ANTONIO SANCHEZ GUERRA v. CELESTE MARIA JAIME.**

Juan Antonio Sanchez Guerra filed a petition against Celeste Maria Jaime seeking a downward modification of the support Guerra is required to pay for the couple's minor child. Jaime moved to dismiss the petition, and the trial court agreed and granted that motion. Guerra then filed this direct appeal. We lack jurisdiction.

As a general rule, appeals in domestic relations cases — including those involving a modification of child support — must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b); *Fitzgerald v. Dept. of Human Resources*, 231 Ga. App. 129, 129 (497 S.E.2d 659) (1998). Although OCGA § 5-6-34 (a) (11) permits a direct appeal from child custody orders, when the order in a domestic relations case does not involve a child custody ruling, the appeal must be brought by discretionary application. *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017). Compliance with the discretionary appeals procedure is jurisdictional. *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (failure to comply with the discretionary appeal procedure, where applicable, requires dismissal of the appeal for lack of jurisdiction).

Guerra's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/06/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*